**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7149**

THOMAS STOUT, JR.,

              Plaintiff - Appellant,

        v.

GARNER POLICE DEPARTMENT; G. E. WHITE, Garner Police
Officer; PRESTON M. CHARLES, Garner Police Officer,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:15-ct-03105-BO)

Submitted: December 15, 2016       Decided: December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Stout, Jr., Appellant Pro Se.   Dan McCord Hartzog,
Katherine Marie Barber-Jones, CRANFILL, SUMNER & HARTZOG, LLP,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Stout, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stout v. Garner Police Dep't, No. 5:15-ct-03105-BO (E.D.N.C. Aug. 12, 2016). We deny Appellees' motion to strike Stout's pro se supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED